UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSHUA CRUZ,

Defendant.

26-cr-309 (AS)

SCHEDULING ORDER

ARUN SUBRAMANIAN, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on Monday, July 27, 2026 at 11:00 AM, in Courtroom 23B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: July 22, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge