Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 20, 2026

*By ECF*

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Joshua Cruz*, 26 Cr. 309 (AS)

Dear Judge Subramanian:

I write to respectfully request that the court schedule a change-of-plea proceeding in this matter. I have conferred with the Government, and both parties are available during the week of December 7, 2026, or another date convenient for the Court.

Respectfully submitted,

/s/________________________

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc. Andrew Stahl, Esq., by ECF

Application GRANTED. The Court will schedule a plea hearing for Thursday, December 10, 2026, at 10:30 AM.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 11.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: November 23, 2026